

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00486-CV

Elgin **TRACY**, Adolph Tracy, and Travis Morgan,
Appellants

v.

Edward W. **CHAMRAD** Jr.,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-05-0240-CVW
Honorable Russell H. Wilson, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice
           Jason Pulliam, Justice

Delivered and Filed:  September 16, 2015

DISMISSED

Appellants filed a motion to dismiss this appeal.  Appellee was served with a copy of Appellants' motion, but Appellee has not filed a response.  Therefore, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of this appeal are taxed against Appellant.  *See id.* R. 42.1(d).

PER CURIAM